UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Victor Lamount Jones 00133593/D239553

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

**FILED - GR**
July 26, 2024 11:29 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: JW / 7-26

v.

Kent County Courthouse
Kent County Public Defenders Office
City of Grand Rapids Prosecutors Office
Michigan Dream Team Defenders Office
Jason Siffert And Firm

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

**1:24-cv-766**
**Jane M. Beckering**
**U.S. District Judge**

**COMPLAINT**
*(Print Clearly)*

I. **Previous Lawsuits**
   **CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☐   No ☒

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

      1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

         _____

      2. Is the action still pending?   Yes ☐   No ☐

         a. If your answer was no, state precisely how the action was resolved: _____

         _____

      3. Did you appeal the decision?   Yes ☐   No ☐
      4. Is the appeal still pending?   Yes ☐   No ☐

         a. If not pending, what was the decision on appeal? _____

         _____

      5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?   Yes ☐   No ☐

         a. If so, explain: _____

         _____

## II. Parties

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff **Victor Lamount Jones**
Place of Present Confinement **Personal Recon Bond**
Address **934 Union SE Grand Rapids, Mi 49507**
Place of Confinement During Events Described in Complaint **PR Bond $5,000**

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 **Micheal Quist courthouse**
Position or Title **Courthouse 61st District Judge**
Place of Employment **Courthouse**
Address **180 Ottawa NE Grand Rapids, Mi 49503**
Official and/or personal capacity? **25,000**

Name of Defendant #2 **Mickey Sheehan**
Position or Title **City of Grand Rapids Prosecutor**
Place of Employment **City Prosecutor**
Address **180 Ottawa NE Grand Rapids, Mi 49503**
Official and/or personal capacity? _____

Name of Defendant #3 **Jeffrey Kortes**
Position or Title **Public Defender/Attorney**
Place of Employment **Kortes, Simkim, and Associates**
Address **77 Monroe Center Ste 700 Grand Rapid, Mi 49503**
Official and/or personal capacity? _____

Name of Defendant #4 **Steve Simkims**
Position or Title **Public Defender/Attorney**
Place of Employment **Kortes, Simkim And Associates**
Address **77 Monroe Center Ste 700 Grand Rapids, Mi 49503**
Official and/or personal capacity? _____

Name of Defendant #5 **Jason Siffert**
Position or Title **Public Defender/Attorney**
Place of Employment **Kupler Law Firm**
Address **120 Monroe Ave Grand Rapids, Mi 49503**
Official and/or personal capacity? _____

- 3 -                                                         (W.D. Mich. Form – Last Revised: September 2021)

## III. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

On 9/19/23 I was contacted by the GRPD Detective About a incident that happen At 924 Pastiche Dr SE on 9/16/23. Officer indicted that I was involved. I informed officer that I was not in the area that I was At Dollar General pick my girlfriend up from work And if he had any further inquiries to contact my last attorney on file. On 4/12/23 I was informed By court clerk that I had four felony warrant(s) issued for my Arrest. I contacted my last Attorney Steve Simkims by phone then emailed him information request by phone. I surrender myself to KCCF 4/22/23 And released on PR Bond of 5,000 on 4/24/23. I contacted Attorney Grieveance Commitee 6/7/23 or thereabout. Stated that no one would show up to the prelim exam but the case would still be bound over. I also emailed my Attorney Jeffery Kortes to file motion to have charges dissmiss base on hearsay cause no one was going to show up at court. I also contact NACCP and emailed Mr Kortes but never respond to email. After 6/19/23, I filed a complaint with AGC I was been criminally profiled by my Attorney(s) And City Prosecutor for previous Dom Volence case from 6/22 conviction. I provide witness names to my innocent

IV. **Relief**

State briefly and precisely what you want the court to do for you.

Because I am been falsely imprisoned been emotional/mentally tortured because State could not prove case and my 4th, 6th, 8th Amendment(s) rights have been violated as well as their Oath of Office. I'm requesting 256.9 million and the Dis-Barrment of all individuals & terms of contact be enforced

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☑ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☐ I request that this case be assigned to a district judge.

6/30/24
Date

Signature of Plaintiff

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

- 5 -                                                         (W.D. Mich. Form – Last Revised: September 2021)

Victor Jones 00133593 D239553
703 Ball Ave NE
Grand Rapids, MI 49503

This mail originates
from the
Kent County Correctional Facility



United States District Court
399 Federal Building
110 Michigan N.W.
Grand Rapids, Mi 49503-2363